IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : DOCKET No. 07-038-13

v. :

GARY BENJAMIN HARRIS :

## ORDER

And now this 7th day of Aug, 2009, it is hereby ORDERED that Defendant Gary Benjamin Harris' Motion To Join Motions Filed By Co-Defendants As They Relate To His Case is ~~GRANTED~~.

BY THE COURT:

HONORABLE MICHAEL M. BAYLSON
UNITED STATES DISTRICT JUDGE